IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELVIS PRESLEY ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INT'L GAMING TECH., )<br>)<br>Defendant. ) | No. 2:13-CV-02803-JPM-dkv |

**JUDGEMENT**

**JUDGMENT BY COURT.** The Plaintiff having filed a Response to the Order to Show Cause indicating that it has no objection to the dismissal without prejudice of this action (ECF No. 7),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Response to the Order to Show Cause, March 31, 2014, the case is DISMISSED WITHOUT PREJUDICE.

APPROVED:


/s/ JON P. McCALLA
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

March 31, 2014
Date